FILED

MAY 08 2018

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| United States of America | Case No. 18-mj-70633-JCS-1 |
|---|---|
| v. | |
| ANNAMARIA F. BROWNDESTARAC, | Charging District: EDCA |
| Defendant. | Charging District's Case No.: 2:17-po-00520 AC |

**ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL**

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. The time and place to appear in that court are as follows:

| Place: Federal Building
501 I Street
Sacramento, CA 95814 | Courtroom No.: |
|---|---|
| | Date and Time: 5/11/18 at 2:00 PM before the Duty Magistrate Judge |

If the date or time to appear in that court has not yet been set, the defendant must appear when notified to do so.

The clerk is ordered to transfer any bail deposited in the registry of this court, plus earned interest, to the clerk of the court where the charges are pending.

Dated: 5/8/18

JOSEPH C. SPERO
Chief Magistrate Judge